IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Gilbert Aponte, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 09-cv-99999 |
| | ) | |
| City of Chicago, P.O. J. Adreani #6185, | ) | |
| Unknown Chicago Police Officers | ) | |
| Defendants. | ) | |

**COMPLAINT**

Plaintiff, Gilbert Aponte, by counsel, Michael E. Rediger, complains and alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Gilbert Aponte is a resident of the Northern District of Illinois.

3. Defendant C. P.O. J. Adreani star # 6185 ("P.O. Adreani ) and Unknown Chicago Police Officer (hereinafter "the police officer defendants"), were at all times relevant acting under color of their authority as police officers of the City of Chicago; and each is sued in their individual capacity.

4. Defendant City of Chicago is an Illinois municipal corporation.

5. On May 23, 2006, Defendant P.O. Adreani obtained a search warrant for plaintiff's residence in Chicago.

6. Plaintiff has been unable to determine the basis on which Adrean obtained a search warrant and believes that Adreani secured the warrant by making false material statements to the judge who issued the warrant.

7. The police officer defendants executed the above referred search warrant in an unreasonable manner, causing serious damage to plaintiff's property.

8. After ransacking the dwelling without finding any of the items specified in the warrant, one or more of the police officer defendants and P.O. Adreani recognized there was nothing illicit to be found in the residence but continued causing serious damage to plaintiffs property.

9. The above described actions of defendants caused plaintiff to be deprived of rights secured by the Fourth Amendment.

10. As a result of defendants' wrongful acts, plaintiff was deprived of his liberty and property, and subjected to severe emotional distress.

11. Plaintiff demands trial by jury.

WHEREFORE, Plaintiff prays that judgment be entered against Defendants jointly and severally in an amount in excess of one hundred thousand dollars as compensatory damages and against defendant C.P.O. Adreani in an amount in excess of one hundred thousand dollars as punitive damages.

Respectfully Submitted,

**Gilbert Aponte**

By: ___/s/ Michael E. Rediger_____
Attorney for Plaintiff

Michael E. Rediger (ARDC 6225900)
Law Offices of Michael E. Rediger, P.C.
217 N. Jefferson, suite 602
Chicago, Illinois 60661
Tel 312.644.0939
Fax, 312.577.0825