AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois, Eastern Division

| Gilbert Aponte | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 09 C 8082 |
| City of Chicago, et. al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** other  Trial ends - jury. Jury returns a verdict. See verdict form for more detailed information. Judgment is entered on the verdict. Civil case closed. Any pending dates or motions are moot.

This action was *(check one)*:

**X** tried by a jury with Judge  Darrah  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: Feb 17, 2012

Thomas G. Bruton, CLERK OF COURT

Melanie A. Foster

*Deputy Clerk*