IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GILBERT APONTE, an individual, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 09-cv-8082 |
| ) | |
| CITY OF CHICAGO, ILLINOIS, an Illinois ) | Hon. John W. Darrah |
| municipal corporation, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER AND JUDGMENT

**THIS ACTION** coming before the Court on Plaintiff's Rule 59(e) Motion to Amend the Judgment and Enter Judgment on Plaintiff's State Law Indemnification Claim against Defendant City of Chicago, Illinois, with due notice given, all parties present in Court by counsel of record, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

Plaintiff's motion is granted and the February 17, 2012 judgment is hereby modified *nunc pro tunc*.

Judgment is entered in favor of Plaintiff, Gilbert Aponte, and against Defendant City of Chicago, Illinois, an Illinois municipal corporation, on Plaintiff's State Law Indemnification Claim in Count III of Plaintiff's Second Amended Complaint, in the amount of $100, jointly and severally with the judgment entered in favor of Plaintiff and against Defendant John Adreani.

March 13, 2012

_____
John W. Darrah
United States District Judge